

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00527-CR

Johnny Ondrea Kelly
v.
The State of Texas

On Appeal from the
21st District Court of Burleson County, Texas
Trial Court Cause No. 16,696

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified by this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

July 24, 2025